UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br>         Plaintiff, <br> vs. <br><br> M & K WAREHOUSE SERVICES, L.L.C., <br> an Indiana Limited Liability Company, <br><br> Defendant. <br>_____ | ) <br> ) <br> )    CASE NO.: 1:25-cv-100-JPH-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>NOTICE OF SETTLEMENT</u>**

      Plaintiff and Defendant, by and through their respective undersigned counsel, hereby file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties request that all upcoming deadlines and conferences be adjourned while they finalize their settlement.

Dated: May 28, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| <u>/s/ Louis I. Mussman</u> | <u>/s/ Peter G. Gundy</u>      . |
| Louis I. Mussman, Esq. | Peter G. Gundy, Esq. |
| Bar No. 597155 | Attorney No. 29670-49 |
| Ku & Mussman, P.A. | GUNDY LAW, LLC |
| 18501 Pines Boulevard, Suite 362 | 571 Monon Boulevard, Suite 200 |
| Pembroke Pines, FL 33029 | Carmel, IN 46032 |
| Tel: (305) 891-1322 | Tel: (317) 750-4709 |
| Fax: (954) 686-3976 | peter@gundy.law |
| Louis@kumussman.com | |
| | *Attorneys for Defendant* |
| and | |
| | |
| Eric C. Bohnet, Esq. | |
| Attorney No. 24761-84 | |
| Attorney at Law | |

1

6617 Southern Cross Drive
Indianapolis, Indiana 46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Peter G. Gundy, Esq.
GUNDY LAW, LLC
571 Monon Boulevard, Suite 200
Carmel, IN 46032
peter@gundy.law

                                       By:   *Louis I. Mussman*          .
                                                  Louis I. Mussman, Esq.